ADAM WANG (STATE BAR NO. 201233)
12 South First Street, Suite 908
San Jose, CA 95113
Telephone:   (408) 421-3403
Facsimile:    (408) 351-0261

Attorney for Plaintiff
SHAO Q LUO


LAURA J. MAECHTLEN (SBN 224923)
SEYFARTH SHAW, LLP
560 Mission Street, Suite 3100
San Francisco, CA 94105
Telephone:   (415) 544-1011
Facsimile:    (415) 397-8549
lmaechtlen@seyfarth.com

Attorney for Defendant
BANANA LEAF INC.

*E-FILED 9/27/05*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAO Q LUO & ZHI-YANG ZHOU<br><br>Plaintiffs,<br><br>vs.<br><br>BANANA LEAF INC. AND DOES 1 - 10<br>Defendants | Case No.: C04-05343 RS<br><br>**STIPULATION TO DISMISS WITH PREJUDICE WITH RESPECT TO SHAO Q. LUO & [PROPOSED] ORDER** |

    Pursuant to Fed. R. Civ. Pro. 41(a)(2), Plaintiff SHAO Q. LUO , and Defendant BANANA LEAF, INC.,  through their respective counsel, stipulate as follows:

    1.    Plaintiff SHAO Q. LUO and Defendant BANANA LEAF, INC. have fully resolved their disputes and entered into a Confidential Settlement Agreement and Releases of Claims on September 12, 2005 (the "Settlement Agreement").

1   Case No. 04-05343 RS
**STIPULATION TO DISMISS WITH RESPECT TO SHAO Q. LUO**
Luo, et. al. v. Banana Leaf Inc.

2.   As such, the parties respectfully request that the Court dismiss the claims alleged by SHAO Q. LUO in this case in their entirety with prejudice.

3.   Parties further agree that this Court shall retain its jurisdiction over this case for the purpose of enforcing the Settlement Agreement.

Dated:  September 22, 2005            By:  /s/ ADAM WANG
                                           Adam Wang
                                           Attorney for Plaintiff
                                           SHAO Q. LUO


Dated: September 22, 2005             SEYFARTH SHAW, LLP

                                      /s/ LAURA J. MAECHTLEN
_____                           Laura J. Maechtlen
                                      Attorneys for Defendant
                                      BANANA LEAF INC.


___
_____


## [PROPOSED] ORDER

Pursuant to parties' stipulation, **IT IS SO ORDERED.**

Dated:  September 27, 2005            By:  /s/ Richard Seeborg
                                           RICHARD SEEBORG
                                           United States Magistrate Judge