**\*E-FILED\***
**October 7, 2005**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHAO Q. LUO, et al., | No. C 04-05343 RS |
| Plaintiffs, | **ORDER CONTINUING STAND-BY ORDER TO SHOW CAUSE** |
| v. | |
| BANANA LEAF, INC., et al., | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

Due to the unavailability of the court, the stand-by order to show cause hearing, which is currently set for October 26, 2005, shall be held on **November 16, 2005 at 9:30 a.m.**. The parties are required to file a stipulation of dismissal by **November 9, 2005**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **November 16, 2005 at 9:30 a.m.** and show cause why the case should not be dismissed.

Failure to comply with this Order may result in dismissal of the case.

IT IS SO ORDERED.

Dated: October 7, 2005

/s/ Richard Seeborg
RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

**Counsel for Plaintiff(s)**

Adam Wang, Esq.
Email: waqw@sbcglobal.net

**Counsel for Defendant(s)**

Deborah Dizon Lauber, Esq.
Email: dlauber@seyfarth.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: October 7, 2005

/s/ BAK
Chambers of Magistrate Judge Richard Seeborg