1  ADAM WANG (STATE BAR NO. 201233)
   12 South First Street, Suite 908
2  San Jose, CA 95113
   Telephone:    (408) 421-3403
3  Facsimile:    (408) 351-0261

4  Attorney for Plaintiff
   ZHI-YANG ZHOU

5

6  LAURA J. MAECHTLEN (SBN 224923)
   SEYFARTH SHAW, LLP
7  560 Mission Street, Suite 3100
   San Francisco, CA 94105
8  Telephone:    (415) 544-1011
   Facsimile:    (415) 397-8549             *E-FILED 10/24/05*
9  lmaechtlen@seyfarth.com

10 Attorney for Defendant
   BANANA LEAF INC.

11

12              UNITED STATES DISTRICT COURT

13           FOR THE NORTHERN DISTRICT OF CALIFORNIA

14 SHAO Q LUO & ZHI-YANG ZHOU          | Case No.: C04-05343 RS

15
              Plaintiffs,               | **STIPULATION TO DISMISS WITH
16                                      | PREJUDICE WITH RESPECT TO ZHI
        vs.                             | YANG ZHOU & [PROPOSED] ORDER**
17
   BANANA LEAF INC. AND DOES 1 - 10
18          Defendants

19

20     Pursuant to Fed. R. Civ. Pro. 41(a)(2), Plaintiff ZHI-YANG ZHOU, and Defendant
21 BANANA LEAF, INC., through their respective counsel, stipulate as follows:
22     1.   Plaintiff ZHI-YANG ZHOU and Defendant BANANA LEAF, INC. have
23 fully resolved their disputes and entered into a Confidential Settlement Agreement and
24 Releases of Claims on October 20, 2005 (the "Settlement Agreement").
25

                                        1                        Case No. 04-05343 RS
**STIPULATION TO DISMISS WITH RESPECT TO ZHI YANG ZHOU**
Luo, et. al. v. Banana Leaf Inc.

2. As such, the parties respectfully request that the Court dismiss the claims alleged by ZHI-YANG ZHOU in this case in their entirety with prejudice.

3. Upon the dismissal of claims of ZHI-YANG ZHOU, parties submit to the Court that all claims alleged in this action have been dismissed with prejudice, and that the entire case shall be closed.

4. Parties further agree that this Court shall retain its jurisdiction over this case for the purpose of enforcing the Settlement Agreement.

Dated: October 20, 2005                By: /s/ ADAM WANG
                                           Adam Wang
                                           Attorney for Plaintiff
                                           ZHI YANG ZHOU


Dated: October 21, 2005                SEYFARTH SHAW, LLP

                                       /s/ LAURA J. MAECHTLEN
_____                            Laura J. Maechtlen
                                       Attorneys for Defendant
                                       BANANA LEAF INC.


___
_____


# [PROPOSED] ORDER

Pursuant to parties' stipulation, **IT IS SO ORDERED.**

Dated: October __24__, 2005           By: /s/ Richard Seeborg
                                          RICHARD SEEBORG
                                          United States Magistrate Judge